cms

MIKEAL Glenn Stine # 55436-098
Federal Medical Center / Butner
P.O. Box 1600
Butner, North Carolina, 27509

RECEIVED
2025 FEB 25 P 3:31
U.S. COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MIKEAL Glenn Stine<br>Petitioner.<br>V.<br>United STATES DISTRICT COURT<br>JUDGE Louise Wood Flanagan,<br>EAStern Dist. OF North Carolina.<br>Respondent. | CASE NO. ______<br>Lower Court No. 24-ct-03275-FL<br>EAStern Dist. of North Carolina |

PETITION FOR WRIT OF MANDAMUS TO COMPEL AN U.S. DISTRICT JUDGE TO PERFORM HER DUTY PURSUANT TO 28 USC Sec. 1361

## (I). STATEMENT OF FACTS:

(1). Petitioner Mikeal Glenn Stine No. 55436-098 Whom is a Cancer Patient at the Federal Medical Center Butner North Carolina (FMC-Butner) ASK this Court to issue Writ OF Mandamus to Compel the Honorable United STATES Dist. Court Judge, Louise W. Flanagan to Perform a duty owed to Petitioner for the following reasons.

## (II). Parties To Action:

(2). Petitioner, Mikeal Glenn Stine No. 55436-098, Address: Federal Medical Center/Cancer Ward, P.O. Box 1600, Butner, North Carolina, 27509

(3). Respondent. United STATES OF America. /Federal Bureau of Prisons, Butner. P.O. Box 1000, Butner, North Carolina. 27509.

## (III). JURISDICTION:

(4). STATUTORY AUTHORITY;

(a). UNITED STATES Code SERVICE Title 28. Judiciary AND Judicial Procedure 1361, Action To Compel an officer of the United States to include "(Federal Judges)" to Perform their Duty. History; Oct. 5th 1962, P.L. 87-748, 1 (a), 76 Stat 744.

(b). Mandamus Actions Under 28 USCS 1361 is the Appropriate Vehicle For Federal Prisoner to Seek enforcement of Constitutional and or Statutory duties Owed them by federal officials including federal Judges, and federal agencies. SEE: Johnson V. Luther, 516 F. Supp. 423, 1981 U.S. Dist. Lexis 12763 (N.D. Ill. 1981).

(c). The USDC/Eastern Dist. of North Carolina Judge Louise W. Flanagan is imposed with a duty to Process His Properly filed Federal Tort Claim Act 28 USC 1346 against the United STATES of America that

was received by the U.S. Dist. Court / Eastern Dist. of North Carolina on 11-14-2024 SEE: Stine V. United States of America No. 24-ct-03275-FL "Dkt. No (1)." 67-Days Ago at this Writing Feb. 19th 2025, And Judge Flanagan Has done Nothing Such as order Respondents Served and to Answer.. Nor Has She ruled on Petitioners Motion For order to Photograph Accident area / Secure evidence before the United States fix's the Safety Hazard at FCI/I Butner N.C. ... This is Allowing the Government to Distroy Evidence Petitioner Will need.

## (IV), STATEMENT OF CLAIM:

(5). Judge Flanagan has And Continues to not Move the Action forwards, Dismiss.. et. Cetera.. And Judge Flanagans Actions / in-Action to Move the Case forwards is Allowing Claim to become Stagnant, Witnesses to Disappear, And allowing the United States to Distroy Evidence.. The Case Certainly is not Complicated..Judge Flanagan in-Action is Violating Petitioners rights to Address Wrongs by the United States, and is A Form of Denial of Access to the Courts.. Example Unless Judge Flanagan Moves the Case forwards it Never gets Addressed, and the Plaintiff/Petitioner Can't Appeal No Action taken by the U.S. Dist. Courts..

* Wherefore With "Good Cause" the Petitioner Requests this Court Grant the below.

## (V). REQUESTED Relief:

(6). ISSUE "Writ of MANDAMUS" ordering Hon. Judge Louise W. Flanagan to immediately Rule on Stine V. United STATES of America,

No. 24-Ct-03275-FL (Dist N.C.) Moving Case Forwards, or dismiss Case allowing Petitioner to Appeal if Petitioner Desires.. Further Judge Flanagan Shall immediately Address All Motions to Secure Evidence; Motions to Photograph The Alleged Safety Hazard" (Man Hole Cover Directly in Front of Recreation Dept. entrance Area of FCI/Butner One)).

(7). WhatEver Else this Court Deems Neccessary And Will Serve Justice.

(8). That Hon. Judge Louise Flanagan Pay All Costs incurred in the filing of Instant Petition for Writ of Mandamus.

Respectfully Submitted This 19th day of Feb. 2025 under Penalty of Perjury.

Mikeal Glenn Stine
Mikeal Glenn Stine. #55436-098

## CERTIFICATE OF SERVICE

* TRUE Photo-Copy Of Foregoing "Petition FOR Writ OF Mandamus" Mailed to "below Parties" And "Interested Persons" On this 19th day of Feb. 2025 by PrePaid first Class Mail;

(A). Hon. Louise W. Flanagan,
USDC/ Eastern Dist. of North Carolina
-Western Division-
P.O. Box 25611
Raleigh. N.C. 27611

(B). United STATES OF America
P.O. Box 1600
Butner. N.C. 27509

(C). Pam Bondi, Attorney General
950 Pennsylvania Ave N.W.
Washington, D.C. 20530

by: Mikeal Glenn Stine
MIKEAL Glenn Stine #55436-098
FMC - Butner Cancer WArd 4B
P.O. Box 1600
Butner. North Carolina. 27509

USCA4 Appeal: 25-1181 Doc: 2 Filed: 02/

Mikeal Stine #55436-056
Name: Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
19 FEB 2025 PM 2 L

Legal Mail

RECEIVED
U.S. MARSHALS

Clerks OFFICE
U.S. Court of Appeals Forth Circuit
1100 East Main Street / Suite 501
Richmond Virginia.
23219

23219-353826

USCA4 Appeal: 25-1181 Doc: 2 Filed: 02/

LEGAL MAIL

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE: 2.18.25

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.